# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --                   )

Blue Bay Construction Company BBC     )        ASBCA No. 60893

Under Contract No. W5K9UR-10-C-7086    )

| APPEARANCE FOR THE APPELLANT: | Mr. Sakhi Mohammad<br>General Director |
| --- | --- |
| APPEARANCES FOR THE GOVERNMENT: | Raymond M. Saunders, Esq.<br>Army Chief Trial Attorney<br>MAJ Elinor Kim, JA<br>Trial Attorney |

## ORDER OF DISMISSAL

By Order dated 12 December 2016, the Board requested that appellant provide a copy of the claim it had submitted to the contracting officer prior to the filing of this appeal. In response, appellant indicated that it desires to submit its claim to the contracting officer for decision. The government provided appellant with the contact information for the cognizant contracting officer. By Order dated 16 December 2016, the Board informed the parties that it intended to dismiss the appeal unless either party objected within 14 days of the date of the Order. The Board has not received an objection from either party. It appears that appellant has submitted a claim to the contracting officer by email dated 24 December 2016.

Accordingly, this appeal is dismissed without prejudice to a subsequent appeal from the contracting officer's denial, or deemed denial, of the contractor's claim.

Dated: 6 January 2017

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60893, Appeal of Blue Bay Construction Company BBC, rendered in conformance with the Board's Charter.

Dated:


JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals